UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARINDER SINGH, | Case No.  1:26-cv-0145-DJC-JDP |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, *et al.*, | |
| Respondent, | |

On January 17, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it in part.  ECF No. 8.  The court ordered petitioner's immediate release and referred the matter to me for further proceedings.  *Id.*

Accordingly, if additional briefing is needed to decide the merits, within seven days of the date of this order, respondents may file an answer.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents may file an answer within seven days of the date of this order.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    February 26, 2026   _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE